UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN T. TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) 3:12 C 00119 |
| | ) Judge Marvin E. Aspen |
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, | ) |
| Defendant. | ) |

## ORDER

In his response to the pending motion for summary judgment, Plaintiff argues in passing that the documents submitted by Defendant are inadmissible. Rule 56(c), as amended in 2010, authorizes the parties to submit "depositions, documents, . . . or other materials" to support their factual assertions at the summary judgment stage, so long as the materials could "be presented in a form that would be admissible" at trial. Fed. R. Civ. P. 56(c)(1)–(2). Plaintiff has not suggested that Defendant's exhibits are inauthentic or could not become admissible. Nonetheless, the Sixth Circuit has emphasized that "unauthenticated documents do not meet the requirements" of Rule 56. *Alexander v. CareSource*, 576 F.3d 551, 558–59 (6th Cir. 2009). Accordingly, we order Defendant to file by March 29, 2013 a declaration or declarations authenticating the exhibits filed in support of its motion, particularly exhibits C through F.

Plaintiff may file any objections to an authenticating declaration no later than April 5, 2013.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         March 21, 2013